# United States District Court
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO. 4:05CR40023-001 |
| JASON LANCE CROSBY | § | |

## ORDER GRANTING DELAY FOR DATE OF SELF SURRENDER

Before the Court is the Defendant Jason Lance Crosby's Motion to Delay Date of Self Surrender. After considering the Motion, the Court finds that it is well taken and should be granted.

Therefore it is hereby ORDERED, ADJUDGED, and DECREED that Defendant Jason Lance Crosby shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on June 30, 2006.

IT IS SO ORDERED.

Signed this 23rd day of May, 2006.

/s/ Harry F. Barnes
UNITED STATES DISTRICT JUDGE